UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 3:10-00251 |
| v. ) | JUDGE TRAUGER |
| ) | |
| TIMOTHY MURPHY ) | |

### ORDER

The Search Warrant, Application and Affidavit for Search Warrant, as well as any other related documents in the above-styled matter are hereby unsealed.

So ORDERED this 27th day of October, 2010.

John S. Bryant
United States Magistrate Judge